**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**TOWANDA MACLIN-BROWN,**
**BRIAN CUNNINGHAM,**
**BOBBY CHAMPION,**
**MARQUEATTE YATES,**

**Plaintiffs,**

**vs.**

**CASE NO.: 2:25-cv-02973-TLP-cgc**
**(DEMAND FOR JURY TRIAL)**

**FAYETTE COUNTY;**
**FAYETTE COUNTY SCHOOL BOARD;**
**FAYETTE COUNTY BOARD OF EDUCATION;**
**EDWARD KEEL, individually and as temporary interim director of the Fayette County Board of Education;**
**WARNER SPEAKMAN, individually and as School Board Chairman**

**Defendants.**

---

**NOTICE OF VOLUNTARY NON-SUIT AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WARNER SPEAKMAN, INDIVIDUALLY AND AS SCHOOL BOARD CHAIRMAN**

---

Plaintiffs, by and through undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which provides:

**Rule 41. Dismissal of Actions**

**(a)** VOLUNTARY DISMISSAL.

(1) By the Plaintiff.

**(A) Without a Court Order.** Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Plaintiffs hereby give notice that their causes of action against Defendant **Warner Speakman, individually and as School Board Chairman,** are voluntarily non-suited and dismissed by Plaintiffs **without prejudice**, with any related costs taxed to Plaintiffs.

Respectfully Submitted:

/s/ Jonathan T. Mosley__________
**JONATHAN T. MOSLEY, TN BAR 031526**
**HANDEL R. DURHAM, JR., TN BAR 10949**
**KENNETH M. MARGOLIS, TN BAR 22906**
5050 Poplar Avenue, Suite 1632
Memphis, Tennessee 38157
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing has been provided to the parties via the Court's electronic filing system, on this the 19th day of August, 2026:

/s/Jonathan T. Mosley_______
Jonathan T. Mosley