**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TOWANDA MACLIN-BROWN, BRIAN CUNNINGHAM, BOBBY CHAMPION, and MARQUEATTE YATES,<br><br>Plaintiffs,<br><br>v.<br><br>FAYETTE COUNTY SCHOOLS BOARD, FAYETTE COUNTY, FAYETTE COUNTY BOARD OF EDUCATION, EDDIE KEEL, individually and as temporary interim director of the Fayette County Board of Education, and WARNER SPEAKMAN, Individually and as School Board Chairman,<br><br>Defendants. | ) | No. 2:25-cv-02973-TLP-cgc<br><br>JURY DEMAND |

**JUDGMENT AS TO DEFENDANT WARNER SPEAKMAN ONLY, INDIVIDUALLY AND AS SCHOOL BOARD CHAIRMAN**

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on October 23, 2025. (ECF No. 1.) In accordance with Plaintiff's Notice of Voluntary Non-Suit and Dismissal Without Prejudice of Defendant Warner Speakman, Individually and as School Board Chairman (ECF No. 27), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Defendant Warner Speakman, Individually and as School Board Chairman.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 19, 2026
Date