**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **TOWANDA MACLIN-BROWN,** | ) |
| **BRIAN CUNNINGHAM,** | ) |
| **BOBBY CHAMPION,** | ) |
| **MARQUEATTE YATES,** | ) |
| | ) |
| **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) **No. 25-CV-02973-TLP-cgc** |
| | ) |
| **FAYETTE COUNTY;** | ) |
| **FAYETTE COUNTY SCHOOL BOARD;** | ) |
| **FAYETTE COUNTY BOARD OF EDUCATION;** | ) |
| **EDWARD KEEL, Individually and as** | ) |
| **temporary interim director of the Fayette** | ) |
| **County Board of Education;** | ) |
| **WARNER SPEAKMAN, Individually** | ) |
| **and as School Board Chairman,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

---

## NOTICE OF COMPLIANCE

---

Come now the Defendants, Fayette County School Board, Fayette County Board of Education, and Edward Keel, notify this Honorable Court that they have complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure by sending a copy of their Rule 26(a)(1) Disclosures to all counsel of record.

Respectfully submitted,

SELLERS, CRAIG, & HAYDEN, INC.

By: s/Andrew V. Sellers
Andrew V. Sellers (#019586)
Christopher C. Hayden (#028220)
Attorney for Defendants

P.O. Box 10547
Jackson, Tennessee 38308
(731) 300-0737
andrew@schofcounsel.com
chris@schofcounsel.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served upon Plaintiff via the Court's electronic filing system.

s/Andrew V. Sellers

Date: August 28, 2026

PERSONS SERVED:

Jonathan T. Mosley
Handel R. Durham, Jr.
Kenneth M. Margolis
Attorneys at Law
5050 Poplar Avenue, Suite 1632
Memphis, Tennessee 38157
jonathan@durhamslaw.com
hdurham@durhamslaw.com
kmargolis@margolis-law.com