**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**TOWANDA MACLIN-BROWN,**
**BRIAN CUNNINGHAM,**
**BOBBY CHAMPION,**
**MARQUEATTE YATES,**

**Plaintiffs,**

**vs.**

**CASE NO.: 2:25-cv-02973-TLP-cgc**
**(DEMAND FOR JURY TRIAL)**

**FAYETTE COUNTY;**
**FAYETTE COUNTY SCHOOL BOARD;**
**FAYETTE COUNTY BOARD OF EDUCATION;**
**EDWARD KEEL, individually and as temporary interim director of the Fayette County Board of Education;**
**WARNER SPEAKMAN, individually and as School Board Chairman**

**Defendants.**

---

**NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

---

Plaintiffs Towanda Maclin-Brown, Brian Cunningham, Bobby Champion, and Marqueatte Yates (collectively, "Plaintiffs"), by and through their undersigned counsel of record, give notice that they transmitted Plaintiffs' Rule 26(a)(1) Initial Disclosures to counsel for Defendants via e-mail on August 28, 2026.

Respectfully submitted,

/s/ Jonathan T. Mosley
JONATHAN T. MOSLEY, TN BAR 031526
HANDEL R. DURHAM, JR., TN BAR 10949
KENNETH M. MARGOLIS, TN BAR 22906
5050 Poplar Avenue, Suite 1632
Memphis, Tennessee 38157
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of August 2026, a copy of the foregoing was served upon counsel for Defendants via the Court's ECF filing system:

Andrew V. Sellers
Christopher C. Hayden
Sellers, Craig & Hayden, Inc.
andrew@schofcounsel.com
chris@schofcounsel.com
*Counsel for Defendants*

/s/ Jonathan T. Mosley
Jonathan T. Mosley