**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| TOWANDA MACLIN-BROWN, BRIAN CUNNINGHAM, BOBBY CHAMPION, and MARQUEATTE YATES, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2:25-cv-02973-TLP-cgc |
| v. | ) | |
| | ) | JURY DEMAND |
| FAYETTE COUNTY SCHOOLS BOARD, FAYETTE COUNTY, FAYETTE COUNTY BOARD OF EDUCATION, EDDIE KEEL, individually and as temporary interim director of the Fayette County Board of Education, and WARNER SPEAKMAN, individually and as School Board Chairman, | ) | |
| Defendants. | ) | |

---

**ORDER DENYING MOTION TO DISMISS AS MOOT**

---

On March 24, 2026, Defendant Warner Speakman moved to dismiss Plaintiffs' Amended Complaint for failure to state a claim. (ECF No. 15.) But on August 19, 2026, Plaintiffs voluntarily dismissed all of their claims against Speakman. (ECF No. 27.) The Court has already entered its Judgment as to Defendant only. (ECF No. 28.)

The Court therefore **DENIES AS MOOT** Defendant's Motion to Dismiss.

**SO ORDERED**, this 24th day of September, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE