T25-0260

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **TOWANDA MACLIN-BROWN,** | ) | |
| **BRIAN CUNNINGHAM,** | ) | |
| **BOBBY CHAMPION,** | ) | |
| **MARQUEATTE YATES,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **V.** | ) | **No. 25-CV-02973-TLP-cgc** |
| | ) | |
| **FAYETTE COUNTY;** | ) | |
| **FAYETTE COUNTY SCHOOL BOARD;** | ) | |
| **FAYETTE COUNTY BOARD OF EDUCATION;** | ) | |
| **EDWARD KEEL, Individually and as** | ) | |
| **temporary interim director of the Fayette** | ) | |
| **County Board of Education;** | ) | |
| **WARNER SPEAKMAN, Individually** | ) | |
| **and as School Board Chairman,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**STIPULATION OF MEDIATOR**

---

It is hereby stipulated between the undersigned parties through their respective counsel that the parties have selected Judge Robert L. Childers as a mediator in the above referenced matter. In the event the mediator initially chosen is unable to commence or complete the proceedings, then a replacement mediator will be chosen by agreement between the parties.

This the 25th day of September, 2026.

Respectfully submitted,

s/Jonathan T. Mosley
Jonathan T. Mosley (31526)
Handel R. Durham, Jr. (10949)

Kenneth M. Margolis (22906)
Attorneys for Plaintiffs
5050 Poplar Avenue, Suite 1632
Memphis, TN 38157
jonathan@durhamslaw.com
hdurham@durhamslaw.com
kmargolis@margolis-law.com

SELLERS, CRAIG & HAYDEN, INC.

s/Andrew V. Sellers
Andrew V. Sellers (19586)
Christopher C. Hayden (28220)
Attorneys for Defendant
P.O. Box 10547
Jackson, Tennessee 38308
Telephone: (731) 300-0737
Email: andrew@schofcounsel.com
chris@schofcounsel.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded by the Court's electronic filing system.

s/Andrew V. Sellers
SELLERS, CRAIG & HAYDEN, INC.

Date: September 25, 2026

PERSONS SERVED:

Jonathan T. Mosley
Handel R. Durham, Jr.
Kenneth M. Margolis
Attorneys at Law
5050 Poplar Avenue, Suite 1632
Memphis, Tennessee 38157
jonathan@durhamslaw.com
hdurham@durhamslaw.com
kmargolis@margolis-law.com